**Abraham Finkelstein, appellee, v. Autoist Mutual Insurance Company of Chicago, Illinois, appellant. Gen. No. 28,952.**

Suit on automobile insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed in case of remittitur, otherwise reversed and the cause remanded. Opinion filed May 27, 1924.

Bowles & Bowles, for appellant; Edmond W. Pottle, of counsel. Meyer Shapiro, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Alvin E. Nelson and Earle S. Nelson, copartners, trading as Nelson Brothers, appellants, v. H. Paulman & Company, appellee. Gen. No. 28,977.**

Replevin to recover mortgaged automobile held by garage keeper under claim of artisan's lien. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed May 27, 1924.

A. J. Deutschman, for appellants. William A. Jennings, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Hope Thompson v. George W. Hunter et al., on appeal of Edward G. Berglund, appellant, v. William A. Robinson, as receiver, appellee. Gen. No. 28,980.**

Order disallowing claim for legal services for receiver in proceedings to foreclose mortgage trust deed. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924. Rehearing denied June 9, 1924.

Edward G. Berglund, *pro se*, for appellant. William A. Robinson, *pro se*, for appellee.

Mr. Justice Barnes delivered the opinion of the court.